THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CALVIN MANLEY SMITH,<br><br>　　　　　　Defendant. | CASE NO. CR14-0228-JCC<br><br>MINUTE ORDER GRANTING TRIAL CONTINUANCE |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Having received Defendant's unopposed motion to continue trial (Dkt. No. 26) and Defendant's speedy trial waiver (Dkt. No. 26, Attachment 1), the trial date in this matter is re-set for Monday, February 23, 2015 at 9:30 a.m. The motions deadline in this matter is re-set to December 1, 2014.

DATED this 3rd day of November 2014.

　　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　s/Tasha MacAdam
　　　　　　　　　　　　　　　　　　Deputy Clerk